**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| MARY ANN YOUNGBLOOD SHEMWELL, ET AL. | CIVIL ACTION NO. 04-1113 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| EL PASO PRODUCTION COMPANY | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 41) filed by Defendant El Paso Production Company be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint (Record Document 1) be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE